

December 23, 2022

**Via ECF**
Honorable Stewart D. Aaron
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Request GRANTED. SO ORDERED.
Dated: 12/23/2022

Re: **United States v. Brandon Boyle**
Ind. # 22 MJ. 9604 (SDA)

Dear Judge Aaron:

  Mr. Boyle appeared before Your Honor for an initial presentment on November 30, 2022.  I was assigned pursuant to CJA.  One of Mr. Boyle's bail conditions was to restrict his movement to the SDNY and the EDNY.  However, Mr. Boyle has found employment as an Uber/Lyft driver in New Jersey.  I respectfully request that his bail conditions permit him to travel to the DNJ for the purposes of employment as well.

  Pre-trial services has no objection.  The government has no objection as long as PTS has no objection.

  Thank you for your consideration.  Happy Holidays.

Very Truly Yours,

SULLIVAN|BRILL, LLP
Attorneys for Mr. Boyle

By: Steven Brill