

January 4, 2023

**Via ECF**
Honorable Stewart D. Aaron
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Request GRANTED. SO ORDERED.
Dated: 1/4/2023

Re: **United States v. Brandon Boyle**
Ind. # 22 MJ. 9604 (SDA)

Dear Judge Aaron:

    Mr. Boyle appeared before Your Honor for an initial presentment on November 30, 2022. I was assigned pursuant to CJA. One of Mr. Boyle's bail conditions was for intial screening for mental health treatment. At the time, this was requested by PTS. However, since Mr. Boyle's initial presentment, I am informed by PTS that both Mr. Boyle and PTS do not believe mental health treatment is necessary. Therefore, I respectfully request that this bail condition be removed.

    Thank you for your consideration.

Very Truly Yours,

SULLIVAN|BRILL, LLP
Attorneys for Mr. Boyle

By: Steven Brill