

March 30, 2023

**Via ECF**
Honorable Stewart D. Aaron
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Request GRANTED. SO ORDERED.
Dated: March 30, 2023

*/s/ Stewart D. Aaron*

Re: **United States v. Brandon Boyle**
Dkt.# 22 MJ. 9604 (SDA)

Dear Judge Aaron:

    Mr. Boyle appeared before Your Honor for an initial presentment on November 30, 2022. I was assigned pursuant to CJA. One of Mr. Boyle's bail conditions was to restrict his movement to the SDNY and the EDNY. Mr. Boyle would like to attend a special event with his best friend in Miami from May 6 – May 9.

    Pre-trial has no objection to the travel. The government defers to Pre-trial.

    Thank you for your consideration.

Very Truly Yours,

SULLIVAN|BRILL, LLP
Attorneys for Mr. Boyle

By: Steven Brill